```
USDC SONY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/8/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SERGEY SHTILMAN,

                    Plaintiff,

    -against-

MERVAT MAKRAM and ROBERT F. CUNNINGHAM,

                    Defendants.

14-CV-6589 (NSR)

ORDER

Nelson S. Román, United States District Judge:

    Upon review of docket, the Court determines that ECF No. 76 labeled "Affirmation of Re-Pleading," which was submitted by Plaintiff and docketed on October 12, 2018, was intended by Plaintiff to be the Fifth Amended Complaint, which Court gave Plaintiff permission to file (ECF Nos. 72, 75).

    In light of possible confusion caused by the titling of the document as "Affirmation of Re-Pleading" rather than "Fifth Amended Complaint," the Court hereby deems ECF No. 76 the Fifth Amended Complaint and directs Defendants to respond to it within 21 days of the date of this Order.

    The Clerk of Court is directed to mail a copy of this order to pro se Plaintiff at the address on ECF and to show service on the docket.

Dated:   April 8, 2021
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge